| | | | |
|---|---|---|---|
| Com. v. Fisher | 348 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/16/2016 | CP–10–CR–0001490–<br>2015<br>(Butler) |
| In re A.O.; Appeal of J.R.O. [16] | 424 WDA 2016<br>Affirmed | 08/16/2016 | No. 5 for 2015<br>(Bedford) |
| In re A.O.; Appeal of J.R.O. [17] | 425 WDA 2016<br>Affirmed | 08/16/2016 | 5 for 2015<br>(Bedford) |
| Bernie Enterprises, Inc. v. Foster | 55 EDA 2012<br>Affirmed | 08/17/2016 | 2006–C–0035<br>(Lehigh) |
| Com. v. Lambert | 430 EDA 2015<br>Vacated and<br>Remanded | 08/17/2016 | CP–51–CR–0013527–<br>2013<br>(Philadelphia) |
| Smith v. Gee | 469 EDA 2015<br>Affirmed | 08/17/2016 | October Term, 2012<br>No. 3638<br>(Philadelphia) |
| PLAC, Inc. v. Lamb | 2122 EDA 2015<br>Affirmed | 08/17/2016 | 2009–07242–CA<br>(Chester) |
| Hatchigian v. Otter | 2289 EDA 2015<br>Affirmed | 08/17/2016 | April Term, 2011 No.<br>00329<br>(Philadelphia) |
| Com. v. Parker | 2361 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/17/2016 | CP–23–CR–0000040–<br>2012<br>(Delaware) |
| Com. v. Powell [18] | 1137 MDA 2015<br>Affirmed | 08/17/2016 | CP–40–CR–0000905–<br>1990<br>(Luzerne) |
| Com. v. Ruffin | 378 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 08/17/2016 | CP–35–CR–0000023–<br>2015<br>(Lackawanna) |
| Savasta v. Proctor | 1978 WDA 2015<br>Affirmed | 08/17/2016 | No. 5516 of 2014<br>(Westmoreland) |
| In re Adoption of T.C.; Appeal of D.C. | 2023 WDA 2015<br>Affirmed | 08/17/2016 | No. A–14–132<br>(Allegheny) |
| Com. v. Widgins | 159 EDA 2015<br>Affirmed | 08/18/2016 | CP–51–CR–00000023–<br>2014<br>(Philadelphia) |
| Estate of Nicholas v. Cutler Group | 762 EDA 2015<br>Reversed | 08/18/2016 | No. 2007–03238<br>(Bucks) |
| Com. v. Alvarado | 963 EDA 2015<br>Affirmed | 08/18/2016 | CP–51–CR–0001284–<br>2009<br>(Philadelphia) |

16. Petition for reargument denied September 28, 2016.
17. Petition for reargument denied September 28, 2016.
18. Petition for reargument denied October 28, 2016.